JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONOS, INC.,<br>Plaintiff,<br>v.<br>JAMES CONNOLLY, SCOTT FOWLER, SCOTT SOMERS, and JOE WEBB,<br>Defendants. | Case No. 2:25-CV-05548-SVW-SSC<br>**~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>Judge: Hon. Stephen V. Wilson<br>Complaint Filed: June 18, 2025 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

# [PROPOSED] ORDER

This matter came before the Court on a Joint Stipulation for Voluntary Dismissal With Prejudice filed by Plaintiff Sonos, Inc. on the one hand, and Defendants James Connolly, Scott Fowler, Scott Somers, and Joe Webb (collectively "Defendants") on the other. **The Stipulation is hereby GRANTED and all claims filed by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and fees, including all attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
Hon. Stephen V. Wilson
Judge, United States District Court

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604470832

2

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE